UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KAREN CURTIS and RUSSELL
CURTIS, individually,

        NO. CIV. S-11-3028 LKK/KJN

      Plaintiffs,

  v.                      O R D E R

XANODYNE PHARMACEUTICALS, INC.,
a Kentucky Corporation and
DOES 1 through 100, inclusive,

      Defendants.
                               /

    On November 28, 2011, the U.S. Judicial Panel on Multidistrict Litigation ("JPML") conditionally transferred this case to the U.S. District Court for the Eastern District of Kentucky (Reeves, J.). <u>In re Darvocet, Darvon and Propoxyphene Products Liability Litigation</u>, MDL No. 2226 (J.P.M.L. November 28, 2011)(Dkt. No. 1). The parties had previously filed a stipulation in this case extending defendant's time to answer, in anticipation of this conditional transfer.  Dkt. No. 4 (November 18, 2011).

////

IT IS THEREFORE ORDERED that:

1. Defendant's time to answer the complaint is extended to and including twenty (20) days from the date this case is transferred to and docketed in MDL 2226 (or from the date the transfer is denied), or as otherwise ordered by the transferee court;

2. As stipulated by the parties, defendant Xanodyne Pharmaceuticals, Inc. does not waive any affirmative or other defenses by the extension of time granted herein; and

3. All proceedings in this case are **STAYED**, and all scheduled dates are **VACATED**, pending further order of the transferee court or this court. If this case is not ultimately transferred, the parties shall file requests (or a joint request) for a Status Conference within fourteen (14) days of the entry of the order denying the transfer.

IT IS SO ORDERED.

DATED: December 1, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT